FORM 7

## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **NUCOR CORPORATION,**<br><br>      **Plaintiff,**<br>  v.<br><br>**UNITED STATES,**<br><br>      **Defendant.** | Before: Hon. _____<br>     Judge<br><br>Court No. 23-00100 |

### NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiff Nucor Corporation, pursuant to Rule 56.2(g) and 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the above captioned action.

                 Respectfully submitted,

                 */s/ Alan H. Price*
                 Alan H. Price, Esq.
                 Christopher B. Weld, Esq.
                 Tessa V. Capeloto, Esq.
                 Jake R. Frischknecht, Esq.

                 **WILEY REIN LLP**
                 2050 M Street, NW
                 Washington, DC 20036
                 (202) 719-7000

                 *Counsel to Nucor Corporation*

Date:  June 12, 2023

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 23-cv-00100-N/A | Nucor Corporation |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated:  6/13/2023

Clerk, U. S. Court of International Trade

By:  /s/ Lewis Hugh
Deputy Clerk